UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALVONTAE WHITMORE                                                                                         PLAINTIFF

V.                                    5:17CV00073 JM/JTR

TAYLOR, Corporal; and
GREG BOLIN, Chief/Head Administrator,
Brassell Detention Center                                                                                DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Whitmore may **PROCEED** with his failure to protect claims against Taylor and Bolin, in their individual capacities only.

2. The Clerk is directed to prepare a summons for Taylor and Bolin. The U.S. Marshal is directed to serve the summons, complaint, amended complaint, and this Order on them without prepayment of fees and costs or security therefore. If either of the defendants are no longer Jefferson County employees, the individual responding to service must file a **sealed** statement providing the unserved defendant's last known private mailing address.

3. Whitmore's official capacity claims against Taylor and Bolin are DISMISSED WITHOUT PREJUDICE.

Dated this 19th day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE